UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
        DIVISION
CASE NO.

**00-6005**
**CIV-FERGUSON**

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDDIE WARE,

    Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____Yes _X__No

    Respectfully submitted,

    THOMAS E. SCOTT
    UNITED STATES ATTORNEY

BY:   MARY F. DOOLEY
    ASSISTANT U.S. ATTORNEY
    99 N.E. 4TH STREET, Suite 300
    Miami, FL 33132
    Tel No. (305) 961-9360
    Fax No. (305) 530-7195
    Bar No. A5500282

DATED 1/3/00