UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO. 00-6005 CIV-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDDIE WARE,

    Defendant.
_____/

**NOTICE OF SUBMISSION OF PROPOSED CONSENT JUDGMENT**

Plaintiff United States of America, by and through THOMAS E. SCOTT, United States Attorney for the Southern District of Florida, Mary F. Dooley, Assistant U.S. Attorney, hereby notifies this Court and defendant EDDIE WARE that it has submitted a Proposed Consent Judgment to the Court for entry. A copy of the proposed consent judgment is attached hereto.

    Respectfully submitted,

    THOMAS E. SCOTT
    UNITED STATES ATTORNEY

By: _____ 1/3/00
    MARY F. DOOLEY
    Assistant U.S. Attorney
    U.S. Attorney's Office
    99 N.E. 4th Street - Suite 300
    Miami, Florida 33132-2111
    Tel. No.: (305) 961-9360
    Fax No.: (305) 530-7195
    Bar No. A5500282

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 3 day of January, 2000 to:

EDDIE WARE
824 N.W. 10TH STREET
HALLANDALE, FLORIDA 33009

MARY F. DOOLEY
Assistant U.S. Attorney