UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6005-CIV-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Eddie Ware,

        Defendant.
_____/

### RELEASE OF LIEN

The judgment entered in favor of the United States of America, in the above-entitled case having been discharged by the Department of Education, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to satisfy and cancel said judgment of record. Said judgment was duly recorded on January 06, 2000, in the Public Records of Dade County, Florida in Official Records Book 19075, Page 3264.



SATISFACTION OF JUDGMENT AND RELEASE OF LIEN
U.S. v. Eddie Ware
CASE NO.   00-6005-CIV-FERGUSON

Witness my hand and seal this
19 day of January, A.D. 2005

Signed, Sealed and Delivered in
Presence of:

*Sylvia Acosta*

*Sara Garcia*

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: *Karin D. Wherry*
Karin D. Wherry
Assistant United States Attorney
99 N.E. 4th Street, Room 300
Miami, FL 33132
Tel No.(305) 961-9016
Fax No.(305) 530-7195

STATE OF FLORIDA,
COUNTY OF DADE,

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Karin D. Wherry, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 19 day of January, A.D. 2005.

Colleen A. Perez
MY COMMISSION # DD147874 EXPIRES
September 30, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

*Colleen A. Perez*
Colleen A. Perez
NOTARY PUBLIC, State of Florida

[X] PERSONALLY KNOWN TO ME and
[X] DID NOT take an oath

2